**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 24, 2026.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| N&S HOSPITALITY GROUP, INC., | § | CASE NO. 25-52793-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11-V |

ORDER SETTING DEADLINES PURSUANT TO SCHEDULING ORDER

The Court considered the Debtor's *Small Business Debtor's Plan Dated February 17, 2026* (ECF No. 54) as well as the docket for this case and determined that the Court must enter an order setting dates pursuant to Scheduling Order. It is therefore

ORDERED that the following dates are established pursuant to Scheduling Order with respect to the Debtor's Plan:

1. The date by which Debtor must send out notice of (i) the Plan, (ii) the confirmation hearing on the Plan, and (iii) the deadlines to object, accept, or reject the Plan is APRIL 17, 2026;

2. The date by which parties-in-interest may object to the Plan is MAY 12, 2026;

3. The date by which the Ballot Summary must be submitted is **MAY 15, 2026**; and

4. The date of the hearing on the Plan is **MAY 20, 2026, AT 9:30 AM**.

It is further

**ORDERED** that the Debtor's counsel shall mail a ballot conforming to Official Form 314 along with a copy of the Plan and a copy of this Order to creditors and other parties-in-interest on or before **APRIL 17, 2026**. It is further

**ORDERED** that parties-in-interest must file and serve, pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(91), written objections to confirmation of the Plan on or before **MAY 12, 2026**. It is further

**ORDERED** that creditors must mail or transmit ballots setting forth written acceptances or rejections of the Plan on or before **MAY 12, 2026**. It is further

**ORDERED** that all completed ballots shall be timely transmitted directly to Debtor's counsel by U.S. Mail, facsimile, or email as follows:

Paul S. Hacker
3355 Cherry Ridge, Suite 214
San Antonio, Texas 78230
Email: steve@hackerlawfirm.com

It is further

**ORDERED** that the Debtor shall file its ballot summary no later than **MAY 15, 2026**. It is further

**ORDERED** that the hearing on confirmation of the Plan is scheduled for **MAY 20, 2026, AT 9:30 AM** before the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas.

# # #